# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Chandler P. Cole, being first duly sworn, hereby depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so since February 2023. I am currently assigned to the Cleveland Division, Lima Resident Agency. I worked in a similar capacity in the Chicago Division. I have investigated the commission of federal crimes involving criminal offenses and national security matters to include counterintelligence investigations, counterterrorism investigations, violent crimes, crimes against children, financial crimes, and drug trafficking. Prior to employment with the FBI, I worked in a law enforcement capacity for four years investigating white collar crime and violent crime against individuals with developmental disabilities and the elderly for the Ohio Attorney General. In the course of these duties, I have participated in numerous state and federal search and arrest operations and conducted associated interviews which have resulted in the collection of evidence and admissions of multiple criminal violations.

2. I make this affidavit in support of an application under Rules 4 and 4.1 of the Federal Rules of Criminal Procedure for a criminal complaint and arrest warrant authorizing the arrest of Naval Kishor **SRIVASTVA** (“**SRIVASTVA**”) for a violation of Title 18, United States Code, Section 1343 – Wire Fraud.

3. This affidavit is based upon information that Affiant has gained through training and experience, as well as upon information relayed by other individuals, including law enforcement officers. This affidavit is being submitted for the limited purpose of establishing probable cause to secure a criminal complaint. As a result, your Affiant has not included every fact known in the investigation.

## PROBABLE CAUSE

4. On August 13, 2026, Victim 2 received an email that their PayPal had been compromised, and they called the number within the email. This call took place on Victim 1's phone and they communicated with an individual who identified himself as Robert Francis Jr. The Victims reside in Hancock County, which is in the Northern District of Ohio, Western Division.

5. On August 14, 2026, the individual who identified himself as Robert Francis Jr. ("Francis") told Victim 1 that the FDIC was going to put "watches on accounts" associated with the Victims. Francis obtained access to Victim 1's laptop using Google Remote Desktop and had Victim 1 log into their credit union savings account. Francis reviewed the totals of the account and convinced Victim 1 that since he was employed by the FDIC, he could fix the compromised money if they withdrew it out of their credit union and shipped the money to XXX Chatham Park Drive, Apartment XXX, Pittsburgh, Pennsylvania 15220. Following this phone conversation, Victim 1 withdrew $16,200.00 from their credit union savings account.

6. Between August 14, 2026, and August 19, 2026, under the direction of Francis, Victim 1 wrapped the money in black duct tape and placed it in a Walmart box. Francis called Victim 1 and directed them to place magazines at the bottom of the box, place the money on top of the magazines, then cover the money with additional magazines. While still on the phone with the individual claiming to be Francis, Victim 1 entered their vehicle and drove to UPS. Francis instructed Victim 1 to mail the parcel to the XXX Chatham Park Drive, Apartment XXX, Pittsburgh, Pennsylvania 15220 and address it to Charlotte White. Victim 1 was then instructed to send Francis the tracking number for the parcel.

7. Your Affiant learned of this interaction between the Victims and the individual claiming to be Francis and initiated an investigation. In your Affiant's presence, Victim 1 spoke

with Francis on August 31, 2026. During this conversation, Francis requested to see the Victims' financial investment account. The following day, Victim 1 called Francis while in the presence of your Affiant. Francis told Victim 1 to go to fdic.gov and save phone number (877) 275-3342. Francis advised Victim 1 that his supervisor would call them. Approximately ten minutes later, Victim 1 received a phone call from an individual who identified himself as Arthur Wilson ("Wilson"), a senior supervisor of security operations at the FDIC. The individual who identified himself as Wilson, told Victim 1 that the money in their financial investment account, approximately $134,000, had been compromised. Wilson instructed Victim 1 to withdraw the funds from their investment account and deposit it into their credit union account. Victim 1 was advised to call Francis when this was completed.

8. On August 31, 2026, Affiant called USPIS Inspector Tyler Sherman and asked him to identify parcels which have been sent to the **Target Premises.** Inspector Sherman identified Naval Kishor **SRIVASTVA** as the only person who has received parcels as of March 2026 at the XXX Chatham Park Drive, Apartment XXX, Pittsburgh, Pennsylvania 15220. Inspector Sherman conducted additional research through United States Postal Service business records and identified the name Naval Kishor **SRIVASTVA** (**SRIVASTVA**) being associated to XXX Chatham Park Drive, Apartment XXX, Pittsburgh, Pennsylvania 15220 as of September 1, 2026.

9. On September 4, 2026, Francis contacted Victim 1 while they were in your Affiant's presence. During this communication, Victim 1 told Francis they had the $130,000.00 he had requested. Francis asked Victim 1 to take a selfie with the money and send him the picture. Victim 1 took a selfie with sham currency provided by your Affiant and sent the photo to Francis. After receiving the photo, Francis requested Victim 1 to sign into their investment

account to prove they had terminated the account to get the $130,000.00. Victim 1 did not use the correct credentials to sign into the account to give the impression their online account was terminated.

10. Francis told Victim 1 to duct tape the money, place it in a plain box and cover it with magazines. Francis then told Victim 1 to go to UPS and ship the package to XXX Chatham Park Drive Apt. XXX, Pittsburgh, PA. He then instructed Victim 1 to tell UPS to make it an overnight delivery, leave it in the mailroom, and not require a signature. Francis then instructed Victim 1 to go to UPS and leave her phone in the car.

11. Victim 1 went to a USPS office in Hancock County, Ohio where they met your Affiant and Inspector Sherman. Victim 1 obtained a shipping label for the package containing the sham currency and was provided with a receipt. Victim 1 returned to their vehicle and sent Francis a picture of the receipt which included the tracking information. Francis then said he would call Victim 1 the next day to confirm the arrival of the package, but Victim 1 indicated that they would not be available for the call.

12. On September 8, 2026, Inspector Sherman, acting in an undercover capacity as a USPS letter carrier, entered the first-floor common area of XXX Chatham Park Drive, Pittsburgh, PA. **SRIVASTVA** opened the door of the apartment building for Inspector Sherman, and they both entered the elevator together. **SRIVASTVA** exited the elevator on the sixth floor, and Inspector Sherman exited the elevator on the seventh floor where he delivered the parcel containing the sham currency to Apartment XXX. Inspector Sherman left the parcel outside of the door of the apartment.

13. Inspector Sherman spoke with a maintenance worker while delivering the parcel to Apartment XXX. The maintenance worker informed Inspector Sherman that Apartment XXX was not currently occupied by a tenant.

14. Inspector Sherman entered the elevator. While the elevator doors were opened, he observed **SRIVASTVA** enter the seventh floor via a stairwell. **SRIVASTVA** was on his phone, made eye contact with Inspector Sherman, and reentered the stairwell.

15. FBI TFA David Edgell, acting in an undercover capacity, observed **SRIVASTVA** return to the sixth floor via a stairwell and enter Apartment XXX with the parcel containing sham currency.

16. Law enforcement received notification that the parcel had been opened and made forcible entry into the apartment that **SRIVASTVA** entered with the parcel, however neither the parcel nor **SRIVASTVA** were present.

17. Law enforcement obtained a GPS signal which led them to a shopping plaza located at XXXX Greentree Road, Pittsburgh, PA. **SRIVASTVA** was located inside of his vehicle and detained. **SRIVASTVA's** hands were exposed to UV light which to determine whether Clue Spray was present, and that examination yielded a positive result.[1] The positive result is pictured below in Figure 1.

---

[1] Inspector Sherman applied Clue Spray to the inside of the parcel containing sham currency before the controlled delivery. Clue Spray is an invisible fluorescent powder packaged in an easy-to-use aerosol. Spray directly onto surfaces leaving a very fine film that blends easily on almost any object. When touched this film transfers to skin, clothing or other objects. The powder appears as a bright fluorescent green when exposed to longwave (UV) light.

*Figure 1*



18. The parcel containing the sham currency was located in a dumpster in the rear of the shopping plaza.

*(Intentionally left blank)*

## CONCLUSION

19. Based on the information set forth in this Affidavit, and my training and experience, I respectfully submit there is probable cause to believe that on or about April 14, 2026, **SRIVASTVA** committed violations of Title 18, United States Code, Section 1343 – Wire Fraud in the Northern District of Ohio. For these reasons, I respectfully request that the Court authorize a criminal complaint and issue an arrest warrant for **SRIVASTVA**.

Respectfully submitted,

Chandler P. Cole
Special Agent, FBI

DARRELL A. CLAY
UNITED STATES MAGISTRATE JUDGE